UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Justin Downs,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>Cawley & Bergmann, LLP; and DOES 1-10, inclusive,<br><br>　　　　　　Defendant. | Civil Action No.:  5:15-cv-00830-TJM-ATB |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: September 24, 2015

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF, Justin Downs

　　　　　　　　　　　　　　　　　　　　　　　/s/ Sergei Lemberg

　　　　　　　　　　　　　　　　　　　　　　　Sergei Lemberg, Esq. (SL 6331)
　　　　　　　　　　　　　　　　　　　　　　　**LEMBERG LAW, L.L.C.**
　　　　　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　　　　　　slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 24, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                  By /s/ Sergei Lemberg

                                       Sergei Lemberg